**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTINA MARIE GRAYSON,

   Plaintiff,

v.              Case No. 6:25-cv-585-JRK

FRANK BISIGNANO,
Commissioner of Social Security,

   Defendant.

            /

## ORDER

1. Plaintiff's brief is overdue. <u>See</u> Scheduling Order (Doc. No. 15). The Court received email correspondence from Plaintiff seeking additional time to file her brief. This kind of correspondence is not appropriate. Plaintiff is reminded:

> [T]he parties shall not correspond with the Court or any Judge of the Court in letter form. In keeping with their sworn duty to maintain complete impartiality in the exercise of their judicial duties, <u>the Judges of this Court will only deliver their decisions and opinions in response to those documents filed with the Clerk's Office in accordance with the governing rules of procedure. Any correspondence sent to judicial officers will not be responded to, will be stricken from the case file, and will be returned to the sending party</u>.

Scheduling Order (Doc. No. 15), entered November 4, 2025, at 4. Plaintiff shall not correspond via email or the like; rather, she must file documents through the Clerk's Office.

2.      The Court will provide Plaintiff one more extension of time to file her brief. Pursuant to Rule 6 of the Supplemental SS Rules, Plaintiff must file and serve on the Commissioner a brief no later than **March 6, 2026**. The brief shall comply with the Order (Doc. No. 7) entered June 4, 2025 and the Scheduling Order (Doc. No. 15) entered November 4, 2025. Plaintiff must identify with particularity the grounds upon which the administrative decision is being challenged. Any such challenges must be supported by citation to the certified transcript of the pertinent facts and by citations of the governing legal standards. Any contention for which these requirements are not met is subject to being disregarded for insufficient development. Absent extraordinary circumstances, the Court is not inclined to extend this deadline any further. **Plaintiff is warned that failure to file a brief by the deadline may result in dismissal of this case for failure to prosecute.**

3.      Pursuant to Rule 7 of the Supplemental SS Rules, Defendant shall file a brief in support of his position and serve it on Plaintiff within **thirty (30) days** of the filing of Plaintiff's brief. Defendant shall also comply with the Order (Doc. No. 7) entered June 4, 2025. Defendant must support the arguments

2

asserted by citation to the transcript of the pertinent facts and by citations of the governing legal standards.

4.      Pursuant to Rule 8 of the Supplemental SS Rules, Plaintiff is permitted, but not required, to file a reply brief and serve it on the Commissioner no later than **fourteen (14) days** after the filing of the Commissioner's brief. Any reply must comply with the Order (Doc. No. 7), entered June 4, 2025.

**DONE AND ORDERED** in Jacksonville, Florida on February 13, 2026.

JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Christina Marie Grayson, pro se
Counsel of Record

3